AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**DANIEL CASTAGNOLA,**

    **Plaintiff,**

**v.**

**EDUCATIONAL CREDIT**
**MANAGEMENT CORP, et al.,**

    **Defendants.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO.  2:11-cv-688**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE NORAH MCCANN KING**

\_\_\_   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the Opinion and Order filed June 28, 2013, JUDGMENT is hereby entered in favor of Defendants.  This case is DISMISSED.**

Date:  June 28, 2013                        JOHN P. HEHMAN, CLERK

                                            */S/ Andy F. Quisumbing*
                                            (By) Andy F. Quisumbing
                                            Courtroom Deputy Clerk