AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**DANIEL CASTAGNOLA,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**CASE NO.  2:11-CV-688**

**EDUCATIONAL CREDIT**       **JUDGE EDMUND A. SARGUS, JR.**
**MANAGEMENT CORP., et al.,**      **MAGISTRATE JUDGE NORAH MCCANN KING**

       **Defendants.**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the Opinion and Order filed January 15, 2014, JUDGMENT is hereby entered in favor of Defendants.  This case is DISMISSED.**

Date: January 15, 2014               JOHN P. HEHMAN, CLERK

                                 */S/ Andy F. Quisumbing*
                                 (By) Andy F. Quisumbing
                                  Courtroom Deputy Clerk